**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SUSAN WEINTRAUB and LEONARD WEINTRAUB,<br><br>Plaintiffs,<br><br>v.<br><br>ENRIQUE SOSA, SOSA AND SONS CONSTRUCTION LIMITED LIABILITY COMPANY d/b/a SOSA AND SONS GENERAL CONSTRUCTION LLC and CUBESMART,<br><br>Defendants. | Case No. 2:25-cv-17343 (BRM) (MAH)<br><br>**ORDER** |

**THIS MATTER** is before the Court on Plaintiffs Susan Weintraub and Leonard Weintraub's (collectively, "Plaintiffs") Motion for Default Judgment (the "Motion") pursuant to Federal Rule of Civil Procedure ("Rule") 55(b). (ECF No. 46.) Defendants Enrique Sosa ("Sosa") and Sosa & Sons Construction, LLC d/b/a Sosa & Sons General Construction, LLC ("S&S Construction") (collectively, "Defendants"[1]) filed an Opposition and Cross-Motion to Vacate Default (the "Cross-Motion") under Rule 55(c). (ECF No. 55.) This Court has jurisdiction pursuant to 28 U.S.C. § 1332(a). Having reviewed and considered the submissions filed in connection with the Motion and having declined to hold oral argument pursuant to Rule 78(b), for the reasons set forth in the accompanying Opinion and for good cause having been shown,

[1] On February 13, 2026, Plaintiffs filed a stipulation voluntarily dismissing the Amended Complaint against Defendant Cubesmart without prejudice (ECF No. 36), which this Court entered that same day (ECF No. 38).

**IT IS** on this 3rd day of September 2026,

**ORDERED** that Defendants Cross-Motion to Vacate Default (ECF No. 55) pursuant to Rule 55(c) is **GRANTED**; and it is further

**ORDERED** that Plaintiff's Motion for Default Judgment (ECF No. 46) pursuant to Rule 55(b) is **DENIED AS MOOT**; and it is further

**ORDERED** that Defendants have twenty-one (21) days from the date of this Order to answer or otherwise respond to the Amended Complaint.

*/s/ Brian R. Martinotti*
**HON. BRIAN R. MARTINOTTI**
**UNITED STATES DISTRICT JUDGE**